Albie B. Jachimowicz (SBN 104549)
Braid Pezzaglia (SBN 195378)
JACHIMOWICZ | POINTER
2007 West Hedding Street, Suite 100
San Jose, California 95128
Tel.: (408) 246-5500
Fax: (408) 246-1051

E-Filed 7/13/16

Attorneys for Defendants
Celia Bracamontes and Santiago Martinez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA HUYNH<br><br>    Plaintiff,<br><br>Vs.<br><br>CELIA BRACAMONTES, individually and dba PRISCILLA'S SALA DE BELLEZA; SANTIAGO A. MARTINEZ<br><br>    Defendants. | Case Number: 5:16-cv-01457 HRL<br><br>STIPULATION TO CONTINUE LAST DATE TO CONDUCT THE JOINT SITE INSPECTION REQUIRED UNDER GENERAL ORDER 56 AND THE SCHEDULING ORDER; [PROPOSED] ORDER<br><br>Judge: Hon. Howard R. Lloyd<br>Courtroom: 2, 5th Fl., 280 S. First St., San Jose |

Whereas this action was commenced on March 24, 2016;

Whereas the Scheduling Order for Cases Asserting Denial of Right of Access Under Americans With Disabilities Act Title II & III (42 U.S.C. §§12131-89) (Dkt. 4) sets the last date for the parties and counsel to hold a joint inspection of the subject premises as July 7, 2016 (General Order 56 ¶3,4);

Whereas there is a pending motion by defendants to dismiss the Complaint pursuant to F.R.C.P. §12(b)(1) and (b)(6) scheduled for hearing on July 12, 2016 (Dkt. 16);

1

Whereas the granting of the motion without leave to amend will be dispositive to this action;

Whereas the parties are making effort to conserve time and expense including attorney fees relating to the joint inspection should the motion be granted;

Whereas the parties desire to extend the last day for the joint inspection to accommodate the Court's ruling;

Whereas there have been no previous extensions of time requested;

The parties hereby stipulate, by and through counsel, to a 45 day continuance from which to hold the joint inspection, up to and including August 22, 2016, and that all other dates in the Scheduling Order triggered by the date of the site inspection also be continued accordingly.

Dated July 6, 2016            By:     /S/
                                      Tanya Moore, Esq.
                                      MOORE LAW FIRM
                                      Attorney for Plaintiff
                                      Tina Huynh

Dated July 6, 2016            By:     /S/
                                      Braid Pezzaglia
                                      JACHIMOWICZ | POINTER
                                      Attorneys for Defendants
                                      CELIA BRACAMONTES et al.

**ORDER**

Good cause showing, IT IS HEREBY ORDERED that the Scheduling Order (Dkt. 4) issued on this action is amended as follows:  The last day for the parties and counsel to hold a joint inspection of premises shall be August 22, 2016. All other dates triggered by the date of the joint site inspection shall be continued accordingly.

Dated July __13__, 2016

Hon. Howard R. Lloyd
Magistrate Judge for the Northern District of California, ~~for the United States District Court~~